his father's share of the property, from the death of the latter up to the time of the marriage of the mother, and to the whole principal and interest of the fund subsequent to the marriage of the mother, on the 22d of August, 1839.

*David Leavitt, receiver, &c.* v. *Henry Yates et al.* G. N. Titus, for complainant; W. C. Noyes, for defendants. Exceptions to master's report on exceptions to defendants' answer. The second and eleventh exceptions to answer declared properly allowed by master, and the impertinent matter embraced in those exceptions directed to be expunged. But his report as to the first, third and tenth exceptions overruled and those exceptions disallowed. Neither party to have costs as against the other on the exceptions.

*Walter S. Griffith* v. *Arch'd Perkins et al.* F. M. Haight, for appellant; L. H. Sandford, for respondent. Decree appealed from affirmed, with costs.

*Henry L. Webb* v. *Pearson B. Crosby.* W. D. White, for complainant; J. Rhoades, for defendant. Defendant declared entitled to the moneys raised upon the sale of the mortgaged premises, and the bill dismissed with costs.

*Henry Wood et al* v. *George R. Wood.* A. Taber, for appellants; C. Stevens, for respondent. Decision of the vice chancellor affirmed, with costs.

*Silas Sayles* v. *John J. D. Nellis et al.* T. Jenkins, for defendant; H. Spencer, for respondent. Decree appealed from affirmed, with costs.

*Orrin Ransom et al.* v. *Ambrose P. Yaw.* C. Tucker, for appellants; N. K. Hall, for respondents. Decree appealed from so far modified as to dismiss bill without costs, and without prejudice to the rights of complaint O. Rawson, in any future litigation. Neither party to have costs as against the other on the appeal.

*Henry L. Webb* v. *Pearson B. Crosby.* A. Taber, for complainant; J. Rhoades, for defendant. Injunction dissolved, with $15 costs.

*George P. Peabody* v. *Harley Thomas et al. The same* v. *Francis Hungerford et al.* T. Jenkins, for complainant, T. Barlow, for F. Hungerford. Decided that a person who